AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>EDWIN GARCIA-SALMERON<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 31, 2020  in the county of  Washington  in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | did maliciously damage and destroy or attempt to damage and destroy, by means of fire and explosive materials, the Starbucks coffee shop and its contents, located at the corner of 15th and I Streets, NW, Washington, D.C., property which is used in interstate commerce. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

BRIAN E. VAUGHN, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 06/26/2020

*Judge's signature*

City and state:  WASHINGTON, DC   ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*